## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| AUTUMN BURTON, MATTHEW COX, DAN GULICK RODNEY LaFLEUR, AND JAMES SPITLER, individually and in their representative capacity for all other similarly situated, : : : : : : | CLASS ACTION |
| Plaintiffs, : : | C.A. No. 12-cv-00005-LPS |
| v. : : | |
| CHRYSLER GROUP LLC, : : | |
| Defendant. : : | |

## [PROPOSED] ORDER TO TRANSFER

Before the Court is Defendant Chrysler Group LLC's Motion to Transfer. Having reviewed the motion and related briefing and the arguments of counsel at the August 20, 2012, hearing, the Court finds good cause exists to grant the motion. Accordingly, IT IS HEREBY ORDERED THAT:

1.      Defendant Chrysler Group LLC's Motion to Transfer is GRANTED, and this matter is hereby transferred to the United States District Court for the Southern District of New York, for referral to the bankruptcy court.

2.      Chrysler Group LLC's time to respond to Plaintiffs' Second Amended Complaint filed on August 21, 2012, is hereby stayed. After transfer, the parties shall meet and confer with respect to a briefing schedule on the issue of whether the claims asserted in Plaintiffs' Second Amended Complaint are barred by the Sale Order, and shall work toward an agreement on the

timing for briefing. [Such agreement shall be made within twenty (20) days of when this action is transferred].[1]

3. If the bankruptcy court determines that any of the claims asserted in Plaintiffs' Second Amended Complaint are not barred by the Sale Order, Chrysler Group LLC shall abide by its representations made in this Court and stipulate that any remaining claims be remanded back to this Court for further proceedings.

4. No later than fourteen (14) days after this case is referred back to this Court, the parties shall provide the Court with a Joint Status Report. The Joint Status Report shall provide the timing of the filing of Plaintiffs' Third Amended Complaint and Chrysler Group LLC's response to the Third Amended Complaint.

5. Plaintiffs' Third Amended Complaint shall conform to the directions given by the Court at the August 20, 2012, hearing as well as any order of the bankruptcy court.

Date: August 28, 2012

_____
United States District Judge

---

[1] Chrysler Group's position: Plaintiffs demanded that this Proposed Order contain the bracketed language. Chrysler Group believes the bracketed language is not proper because counsel for Chrysler Group in this Court will not be representing Chrysler Group in the bankruptcy court. Similarly, it is uncertain who will be representing Plaintiffs in the bankruptcy court. And, obviously, the parties cannot control the timing of the bankruptcy court's docket. Accordingly, while Chrysler Group is willing to agree to a briefing schedule after transfer, it believes that the timing of a meet-and-confer on briefing, and the ultimate briefing scheduling, should be left to the bankruptcy court and the counsel of record in that Court. Plaintiffs' position: The Plaintiffs disagree with the inclusion of this editorial comment and feel certain that providing the parties with a prompt time period to submit a scheduling order to the Bankruptcy Court is a feature that this Honorable Court would consider appropriate.