UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AUTUMN BURTON, MORRIS E. McMILLIAN, MIKE BURKE, and AMANDA SHEPHERD, individually and in their representative capacity for all other similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>CHRYSLER GROUP LLC,<br><br>        Defendant. | CLASS ACTION<br><br>Case No. 12-cv-00005 - LPS |

**DEFENDANT CHRYLSTER GROUP LLC'S MOTION TO DISMISS
PLAINTIFFS' THIRD AMENDED COMPLAINT**

    Defendant Chrysler Group LLC hereby moves to dismiss Plaintiffs' Third Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) & 12(b)(6). A memorandum in support of this motion is being filed concurrently herewith. A proposed order accompanies this motion.

December 2, 2013

/s/ Richard K. Herrmann
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Defendant*
Chrysler Group LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| AUTUMN BURTON, MORRIS E. McMILLIAN, MIKE BURKE, and AMANDA SHEPHERD, individually and in their representative capacity for all other similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHRYSLER GROUP LLC,<br><br>    Defendant. | CLASS ACTION<br><br><br>Case No. 12-cv-00005 |

## [PROPOSED] ORDER DISMISSING PLAINTIFFS' THIRD AMENDED COMPLAINT

  Before the Court is Defendant Chrysler Group LLC's Motion to Dismiss Plaintiffs' Third Amended Complaint. Having reviewed the motion and related briefing, the Court finds good cause exists to grant the motion. Accordingly, it is

  **ORDERED** that Defendant Chrysler Group LLC's Motion to Dismiss Plaintiffs' Third Amended Complaint is **GRANTED**, and this matter is hereby dismissed with prejudice.

Date:_____  _____
                                   United States District Judge